920

No. 251. URSICH *v.* DA ROSA ET AL. C. A. 9th Cir. Certiorari denied. *Ben Margolis* and *John T. McTernan* for petitioner. *L. Robert Wood* for respondents.

No. 456. GRAND LODGE OF THE INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. *v.* KING ET AL. C. A. 9th Cir. Certiorari denied. *Plato E. Papps, Edward J. Hickey, Jr., James L. Highsaw, Jr.,* and *John Paul Jennings* for petitioners. *Gerald D. Marcus* for respondents.

No. 457. PAN-AMERICAN LIFE INSURANCE CO. *v.* RAIJ. Supreme Court of Florida. Certiorari denied. *James A. Dixon* and *Sam Daniels* for petitioner. *Samuel Sheradsky* for respondent.

No. 458. POWELL *v.* NATIONAL SAVINGS & TRUST CO. C. A. D. C. Cir. Certiorari denied. *Diana Kearny Powell,* petitioner, *pro se.*

No. 460. LAPINE ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Thomas C. Perkins* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 462. KUPER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Martin D. Cohen* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Harry Baum* and *Morton K. Rothschild* for respondent.